**United States District Court**
**Central District of California**

FILED
CLERK, U.S. DISTRICT COURT

01/16/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TRB _____ DEPUTY

**UNITED STATES OF AMERICA vs.**            Docket No.            2:25-po-01689-MAR / CC37, E2563882

**Defendant**    Manuel R. Pereira            Social Security No.    0    7    0    6

akas: _____            (Last 4 digits)

---

**AMENDED JUDGMENT**

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared by Zoom | 01 | 16 | 2026 |

| **COUNSEL** | Christine Yonan (DFPD) |
|---|---|
| | Name of (Counsel) |

| **PLEA** | [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea. | [ ] **NOLO CONTENDERE** | [ ] **NOT GUILTY** |
|---|---|---|---|

| **FINDING** | There being a Plea of **GUILTY,** defendant has been convicted as charged of the offense of: **CVC sec. 12500(a) as assimilated under 18 U.S.C. 13: Driving without a valid driver's licnse.** |
|---|---|

| **JUDGMENT AND PROB/ COMM ORDER** | The Court asked whether there was any reason why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: |
|---|---|

It is adjudged that for **CC37, E2563882** the defendant shall pay a fine of **$250.00**, a mandatory **$5.00** special assessment, and the mandatory **$30.00** processing fee. **Totaling $285.00**

The defendant is notified of the right to appeal the sentence within 14 days.

---

Docket No.:   2:25-po-01689-MAR / CC37, E2563882      Manuel R. Pereira

**IT IS SO ORDERED**.

01/16/2026
_____
Filed Date

_____
Margo A. Rocconi, U. S. Magistrate Judge

01/16/2026
_____
Filed Date

_____
Terry R. Baker, Deputy Clerk

Docket No.:    2:25-po-01689-MAR / CC37, E2563882      Manuel R. Pereira

☒ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1).  Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g).  Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996.  Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number.  Payments must be delivered to:

United States District Court, Central District of California
Attn: Fiscal Department
255 East Temple Street, Room 1178
Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence (pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

///

Docket No.:    2:25-po-01689-MAR / CC37, E2563882        Manuel R. Pereira

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____
Date

Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____
Filed Date

Deputy Clerk

G-75 (docx 10/15) **NOTICE PARTY SERVICE LIST**